UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DESOUZA,

    Plaintiff,

v.                                    CASE NO.: 8:20-cv-00404-JSM-AEP

MONDELEZ GLOBAL, LLC, a
Foreign Limited Liability Company,

    Defendant.
_____/

## DEFENDANT MONDELEZ GLOBAL, LLC'S
## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

Defendant, MONDELEZ GLOBAL, LLC, through its undersigned attorneys, files this Unopposed Motion for Substitution of Counsel. In support, Defendant states as follows:

1.    Defendant requests that Emily C. Ayvazian, Florida Bar No. 1005563, of Jackson Lewis P.C. be substituted for Ashwin Trehan, Florida Bar No. 0042675, of Jackson Lewis P.C., as counsel-of-record for Defendant.

2.    Ms. Ayvazian is a member in good standing of the bar of the Middle District of Florida, and she is a registered participant in the Middle District of Florida's CM/ECF system.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for Defendant has conferred with Plaintiff's counsel regarding this Motion and Plaintiff does not oppose this Motion.

DATED this 30th day of March, 2021.

        Respectfully submitted by:

        **JACKSON LEWIS P.C.**

        */s/ Andrew R. Lincoln*
        Andrew R. Lincoln, Esq.
        Florida Bar Number: 0069588
        E-mail: andrew.lincoln@jacksonlewis.com
        Emily C. Ayvazian, Esq.
        Florida Bar No: 1005563
        E-mail: emily.ayvazian@jacksonlewis.com

        Wells Fargo Center
        100 S. Ashley Drive, Suite 2200
        Tampa, Florida 33602
        Telephone: 813-512-3210
        Facsimile: 813-512-3211

        *Attorneys for Defendant MONDELEZ GLOBAL, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 30, 2021, I filed a true and correct copy of *Defendant Mondelez Global, LLC's Unopposed Motion for Substitution of Counsel* with the Clerk of Court through the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

>　*/s/ Andrew R. Lincoln*　
>　Attorney

4814-4394-1857, v. 1