UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL DESOUZA,

    Plaintiff,

v.                                                  CASE NO.: 8:20-cv-00404

MONDELEZ GLOBAL, LLC, a
Foreign Limited Liability Company,

    Defendant.
_____/

## **MEDIATION REPORT**

In accord with the mediation order, a mediation occurred on **May 5, 2021.**

(a)     The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

    √            All individual parties and their respective trial counsel.

    √            Designated corporate representatives.

    **n/a**          Required claims professionals.

(b)     The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate: **None.**

(c) The result of the mediation:

__√__  **The action completely settled.** In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the Court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the Mediator.

Comments:

_____ The action partially resolved. Lead counsel must file within ten days a joint stipulation resolving the settled claims. The following issues remain:

Comments:

_____ The action neither settled nor failed to settle.

Comments:

_____ The parties failed to settle.

Comments:

Reported on May 10, 2021, in Tampa, Florida.

                                      ___s/Christopher L. Griffin____
Christopher L. Griffin, Mediator
Florida Mediator Number 35934R
Griffin Mediation, LLC
3225 S. MacDill Ave., Ste. 129-172
Tampa, FL 33629
(813) 314-7449
chris@chrisgriffinmediation.com

cc: Counsel of record (via CM/ECF)